Danny Fulks (#524849)
Hunt Correctional Center
P.O. Box 174
St. Gabriel, Louisiana  70776

      Re:  Danny Fulks v. Hunt Correctional Center, et al
          Civil Action No. 09-409-JJB-SCR

## DEFICIENCY NOTICE

The Clerk has filed your civil rights complaint. However, it is deficient in the area noted below:

You have 15 days from receipt of this notice to correct the deficiency by amending the pleadings to conform with the numbered instruction.

THIS IS TO NOTIFY YOU THAT FAILURE TO AMEND THE PLEADINGS AS INDICATED WILL RESULT IN THE DISMISSAL OF YOUR SUIT BY THE COURT WITHOUT FURTHER NOTICE.

1.    The names of **ALL** parties must be listed in the caption of the complaint. <u>DO NOT USE "ET AL"</u>. The names of **<u>ALL PARTIES MUST BE LISTED EXACTLY THE SAME IN THE CAPTION AND IN THE BODY OF THE COMPLAINT</u>**.

**ENCLOSURE:**

      Complaint, pp. 1 and 4.

Baton Rouge, Louisiana, June 30, 2009.

                      Pro Se Staff Attorney