UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



DANNY FULKS (#524849)

VERSUS                                          CIVIL ACTION

HUNT CORRECTIONAL CENTER, ET AL                 NUMBER 09-409-JJB-SCR

RULING

On June 30, 2009, the plaintiff was ordered within 15 days to correct deficiencies in the pleadings. Specifically, the plaintiff was ordered to correct the caption to identify all parties listed in Part III of the complaint in the caption.

Despite notification of the need to correct the deficiencies in the pleadings, the plaintiff failed to correct the deficiencies. Therefore, this action shall be dismissed without prejudice for failure to correct deficiencies in the pleadings.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 22nd 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE