UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANNY FULKS (#524849)

VERSUS                                          CIVIL ACTION

HUNT CORRECTIONAL CENTER, ET AL                 NUMBER 09-409-JJB-SCR

## JUDGMENT

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that the plaintiff's suit be dismissed without prejudice for failure to correct deficiencies in his pleadings.

Baton Rouge, Louisiana, July _____, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE